UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  2:22-cv-21645-MGC

**VICTOR ARIZA**,

     Plaintiff,

vs.

**COCOA MOON CORP., d/b/a MOKKAS FURNITURE, a Florida for-profit corporation,**

     Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff VICTOR ARIZA, by and through his undersigned Counsel, and Defendant, COCOA MOON CORP. d/b/a MOKKAS FURNITURE, by and through undersigned counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file dismissal documents with prejudice.

Dated:  August 24, 2022.

Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 N. Hiatus Road
Sunrise, FL 33351
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com


By_____*s/ Roderick V. Hannah*_____
    RODERICK V. HANNAH
    Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: pduran@pelayoduran.com


By ____*s/ Pelayo M. Duran*_____
    PELAYO M. DURAN
    Fla. Bar No. 0146595

**EPGD ATTORNEYS AT LAW, P.A.**
Counsel for Defendant
777 SW 37th Street, Suite 510
Miami, FL  33135
(786) 837-6787
oscar@epgdlaw.com

By: _____/s/Oscar A. Gomez_____
      OSCAR A. GOMEZ, Esq.
      Fla. Bar No. 58680