UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-cv-21645-MGC

**VICTOR ARIZA**,

    Plaintiff,

vs.

**COCOA MOON CORP., d/b/a MOKKAS FURNITURE, a Florida for-profit corporation,**

    Defendant.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff VICTOR ARIZA, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated:  August 29, 2022.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Oscar A.Gomez, Esq.
Yolday Diaz-Barreto, Esq.
EPGD ATTRNEYS AT LAW, P.A.
777 SW 37th Street, Suite 510
Miami,FL  33135
(786) 837-6787
oscar@epgdlaw.com
yolday@epgdlaw.com

*Attorneys for Defendant*
*COCOA MOON CORP.*
*d/b/a MOKKAS FURNITURE*

　　　　　　　　　　　　　　　　　　　　　　　  */s/ Roderick V. Hannah*
　　　　　　　　　　　　　　　　　　　　　　　　　Roderick V. Hannah